UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Brandon G. Adams,<br><br>    Plaintiff<br><br>v.<br><br>T. Roush-Wallace, et al.,<br><br>    Defendants | Case No.: 2:23-cv-0446-JAD-EJY<br><br>**Order Adopting Report and Recommendation and Dismissing Case**<br><br>[ECF Nos. 3, 6] |

   The magistrate judge has screened Plaintiff Brandon G. Adams's complaint and recommends that it be dismissed because the named defendants, as court employees, are immune from suit as a matter of law.[1] The deadline for Adams to object to that recommendation has expired, and he neither objected nor moved to extend the deadline to do so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[2] Having reviewed the report and recommendation, I find good cause to adopt it, and I do.

   IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation **[ECF No. 5] is ADOPTED** in its entirety. **This case is DISMISSED with prejudice** for the reasons stated in that report, plaintiff's application to proceed *in forma pauperis* **[ECF No. 3] is DENIED** as moot, and the Clerk of Court is directed to CLOSE THIS CASE.

   _____
   U.S. District Judge Jennifer A. Dorsey
   Dated: May 17, 2023

---

[1] ECF No. 6.

[2] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).